**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

FREEDOM MORTGAGE
CORPORATION,

           Respondent

        v.

PATRICIA E. DENNIS,

           Petitioner

: No. 789 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.